90 A.3d 482

**G.E. FRISCO, CO., INC., et al.**

v.

**Anthony OLIVER.**

**No. 88, Sept. Term, 2013.**

Court of Appeals of Maryland.

May 1, 2014.

Donald S. Poole, Jr. (Ju Y. Oh, Humphreys, McLaughlin & McAleer, LLC, Baltimore, MD), on brief, for petitioners.

Kevin H. Stillman (Benjamin T. Boscolo, ChasenBoscolo, Greenbelt, MD), on brief, for respondent.

BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD and WATTS, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 1st day of May, 2014,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.